IN THE UNITED STATES DISTRICT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

SAUNDRA MURRY AND
LARRY D. MURRY, SR.                                                      PLAINTIFFS

VERSUS                                  CIVIL ACTION NO. 4:08-cv-55-MPM-DAS

BOYD BROS. TRANSPORTATION, INC., ET AL                 DEFENDANTS

## ORDER DENYING MOTION FOR STAY

Before the Court is the Plaintiffs' Motion to Stay Deadlines, seeking a stay of all deadlines set by the Case Management Order entered in this case on July 24, 2008. The plaintiff states that counsel for both parties agree to a stay of all deadlines until the settlement conference scheduled to be held on February 9, 2009. However, because a trial date has been set for August 17, 2009, such a stay would almost certainly require a continuance of trial. Because trial has not been continued, the present motion cannot be granted. Should the parties obtain a continuance of trial, however, the court would reconsider a motion to stay the deadlines. Therefore, the Court finds that the requested stay is inappropriate in light of the current trial setting, and the instant motion is hereby **DENIED**.

**SO ORDERED** this 18th day of December, 2008.

/s/ David A. Sanders
UNITED STATES MAGISTRATE JUDGE